IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| ROBERT SHANE CASSIDY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>TRANS UNION LLC,<br><br>　　　　　　Defendant. | Civil Action No. 1:24-cv-00003-LG-RPM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Robert Shane Cassidy and Defendant Trans Union LLC ("Trans Union"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Trans Union. There are no remaining defendants in this matter.

Respectfully submitted this 2nd day of July.

By: */s/ Michael H. Rapp*
CONSUMER ATTORNEYS
Michael H. Rapp, KS Bar #25702
1600 Genessee, Suite 435
Kansas City, MO 64102
T: (816) 291-4551
F: (718) 715-1750
E: mrapp@consumerattorneys.com

Brian Kelly Herrington
CHABRA GIBBS & HERRINGTON, PLLC
120 North Congress Street, Suite 200
Jackson, MS 39201
T: (601) 948-8005
F: (601) 948-8010
E: bherrington@nationalclasslawyers.com

*Attorneys for Plaintiff Robert Shane Cassidy*

By: */s/ Amanda Loughmiller*
Amanda Loughmiller
Mississippi Bar No. 106357
aloughmiller@qslwm.com
QUILLING, SELANDER, LOWNDS,
INSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5455
(214) 871-2111 Fax

*Counsel Defendant*
*Trans Union LLC*